IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 1 8 2005
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Case No. 4:05CV01898 SNL ) |
| | ) |
| SSM HEALTHCARE ST. LOUIS owning and operating SSM REHAB, | ) COMPLAINT ) JURY TRIAL DEMAND ) ) |
| Defendant. | ) ) |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Thy Huskey, M.D., who was adversely affected by such practices. On or about August 19, 2003, Defendant refused to renew Dr. Huskey's employment contact because she has Multiple Sclerosis (MS) and uses a wheelchair.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were being committed within the jurisdiction of the United States District Court for the Eastern District of Missouri.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4. At all relevant times, Defendant SSM Healthcare St. Louis, owning and operating SSM Rehab (hereinafter, "SSM Healthcare") has continuously been a corporation doing business in the State of Missouri, has continuously had at least 15 employees and has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

5. At all relevant times, Defendant SSM Healthcare has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Dr. Huskey filed a charge with the Commission alleging violations of Title I of the ADA by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about August 19, 2003, SSM Healthcare engaged in unlawful employment practices at its SSM Rehab unit located at 6420 Clayton Road, Richmond Heights, Missouri 63117-1861, in violation of Section 102(a) of Title I of the ADA, 42 U.S.C. § 12112(a), by

refusing to renew Dr. Huskey's employment contact because of her impairment, MS, which substantially limits her ability to perform the major life activity of walking.

8. The effect of the employment practice complained of in paragraph 7 above has been to deprive Dr. Huskey of equal employment opportunities and otherwise adversely affect her status as an employee, because of her disability.

9. The unlawful employment practice complained of in paragraph 7 above was intentional.

10. The unlawful employment practice complained of in paragraph 7 above was done with malice or with reckless indifference to the federally protected rights of Dr. Huskey.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining SSM Healthcare, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any other employment practice which discriminates on the basis of disability.

B. Order SSM Healthcare to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C. Order SSM Healthcare to make whole Dr. Huskey by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practice.

D.  Order SSM Healthcare to make whole Dr. Huskey by providing compensation for past and future pecuniary losses resulting from the unlawful employment practice described in paragraph 7 above, in amounts to be determined at trial.

E.  Order SSM Healthcare to make whole Dr. Huskey by providing compensation for past and future nonpecuniary losses resulting from the unlawful practice complained of in paragraph 7 above, including emotional pain, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

F.  Order SSM Healthcare to pay Dr. Huskey punitive damages for its malicious and reckless conduct, as described in paragraph 7 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
ROBERT G. JOHNSON
Regional Attorney

_____
BARBARA A. SEELY
Supervisory Trial Attorney

_____
MELVIN D. KENNEDY
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
Robert A. Young Federal Bldg.
1222 Spruce, Room 8.100
St. Louis, MO 63103
(314) 539-7915